In the Matter of HENRY H. MCCORKLE, an Attorney.— Proceedings dismissed.

Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.